IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARRON MICHELLE BURKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-1288-CFC/SRF |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Sharron Michelle Burke, who proceeds pro se, has filed objections to the Magistrate Judge's Report and Recommendation. D.I. 23. The Magistrate Judge recommended in her Report and Recommendation that I grant Defendant's summary judgment motion and thereby affirm an Administrative Law Judge's determination that Plaintiff was not entitled to disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. The Magistrate Judge also recommended that I deny Plaintiff's motion for summary judgment.

Plaintiff argues in her objections that she "was denied benefits due to racial disparity." D.I. 23 at 1. She did not make this argument to the Magistrate Judge and therefore it is waived. *In re Nat'l Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2, 2005-3*, 971 F.3d 433, 444 (3d Cir. 2020)

("Arguments not presented to a magistrate judge and raised for the first time in objections to the magistrate's recommendations are deemed waived."). There is also nothing in the record to support Plaintiff's argument.

Plaintiff also accuses Judge Fallon of "sid[ing] with preserving american whiteness" and "hand[ling] [Plaintiff's case] without respect, dignity or integrity." *Id.* There is no merit to these claims. Judge Fallon wrote a lengthy and detailed Report and Recommendation that thoughtfully addressed the issues raised by Plaintiff and carefully reviewed the relevant medical records and opinion evidence.

NOW THEREFORE, at Wilmington this Twenty-fifth day of March in 2021, IT IS HEREBY ORDERED that

1. The Magistrate Judge's Report and Recommendation (D.I. 22) is ADOPTED;

2. Plaintiff's Objections (D.I. 10) are OVERRULED;

3. Plaintiff's motion for summary judgment (D.I. 16) is DENIED;

4. Defendant's motion for summary judgment (D.I. 18) is GRANTED; and

5. The Clerk of the Court is directed to enter judgment in favor of Defendant and against Plaintiff and to CLOSE the case.

_____
United States District Judge